# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Lisa Schoop,** an individual; | No.  CV 2007-0818-PHX-ECV |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| **Palisades Collection, LLC,** | |
| Defendant. | |

Pursuant to the stipulation of Plaintiff and Defendant, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action in its entirety with prejudice, each party to bear its own attorney's fees and costs.

DATED this 9th day of August, 2007.

_____
Edward C. Voss
United States Magistrate Judge